UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America

        Plaintiff(s),

v.

Member Source Media LLC and
Chris Sommer

        Defendant(s).

No. C 08-642

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/30/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

**CERTIFICATE OF SERVICE**

      I, John W. Burke, an attorney for the United States, certify that on January 30, 2008, I caused a copy of the NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE, as well as the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to be served upon the following attorney for the defendants via email and Federal Express.

      Jeffrey Riffer
      Jeffer Mangers Butler & Marmaro LLP
      1900 Avenue of the Stars, 7th Floor
      Los Angeles, CA 90067
      310-201-3577
      JRiffer@jmbm.com

      By: /s/ John W. Burke